**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: 1:05-M-113A/114A** **DATE: September 13, 2005**

**TITLE: USA v. ISMAEL GOMEZ/RAFAEL SANTOS**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:**

Adi Goldstein, AUSA
Tom DeSimone, Esq.
Bill Murphy, Esq.
Charleen Tryhubczak, Pretrial Services
A.C. Rosado, Spanish Interpreter

**PROCEEDINGS:**

Preliminary Exam and Detention Hearing:

Govt witness - Keith Leighton, sworn, testimony given
Exhibit 1 - affidavit by Leighton, admitted full
Govt rests.
Defendants rest.
Court takes under advisement.
Govt argues detention & closing statement.
Defendants' closings and requests for bail.
Court takes under advisement.
Defendants remanded to custody pending order