AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

V.

RAFAEL SANTOS

CASE NUMBER: 1 05 M 114A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

RAFAEL SANTOS

I certify that I am admitted to practice in this court.

9-13-05

*Date*

*Signature*

William J. Murphy 4258

*Print Name* *Bar Number*

127 Dorrance St - 2nd Floor

*Address*

Prov RI 02903

*City* *State* *Zip Code*

490-3200 490-3207

*Phone Number* *Fax Number*

rm was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.